1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, | Case No. 2:17-CV-02951-DOC |
| *Plaintiff*, | **FINAL JUDGMENT** |
| *v.* | |
| CISCO SYSTEMS, INC., | |
| *Defendant*. | |

Case No. 2:17-CV-02951 is a patent infringement action brought by Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato") against Defendant Cisco Systems, Inc. ("Cisco"). The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338. The claims and counterclaims by and between Vivato and Cisco in this case relate to three patents-in-suit: U.S. Patent No. 7,062,296 (the "'296 patent"); U.S. Patent No. 7,729,728 (the "'728 patent"); and U.S. Patent No. 6,611,231 (the "'231 patent").

All asserted claims from the '296 patent and the '728 patent were cancelled by the U.S. Patent Office pursuant to Final Written Decisions of the Patent Trial and Appeal Board in *Inter Partes* Review proceedings IPR2018-00725, IPR2018-00726, IPR2018-00763, IPR2018-00764, IPR2018-01017, and IPR2018-01018. Therefore, all claims and counterclaims relating to those two patents are hereby dismissed.

On January 4, 2022, this Court entered an order (as Dkt. No. 274 in *XR Communications, LLC v. D-Link Systems, Inc. et al.,* Case No. 8:17-cv-00596-DOC-JDE (Lead Case)) granting Cisco's motion for judgment on the pleadings as to all claims relating to the '231 patent based on collateral estoppel arising from final judgment of indefiniteness from the Northern District of California (*see* Dkt. Nos. 191, 193, 194, *XR Communications, LLC v. Ruckus Wireless*, 3:18-cv-01992-WHO).

THEREFORE, IT IS ORDERED AND ADJUDGED that: All counterclaims relating to the '296 patent, the '728 patent, and the '231 patent are hereby dismissed, and final judgment is hereby entered in favor of Cisco and against Vivato on all remaining claims in this case asserted against Cisco.

This final judgment is without prejudice to the Parties' rights to appeal any past or future order or judgment in the case or this present judgment. If the final judgment of indefiniteness from the Northern District of California is vacated or reversed in part or in whole at the Federal Circuit, the Parties shall be able to renew their respective claims, counterclaims, and/or defenses relating to the '231 patent in this action.

IT IS SO ORDERED
Date: _____April 15_____, 2022

_____
Honorable David O. Carter
United States District Judge

2